GARLINGTON *v.* McKIBBEN.

*Simmons, C. J.*—Under the facts disclosed by the record, there was no error in appointing a receiver and granting the interlocutory injunction.          *Judgment affirmed.*

May 23, 1896. By two Justices. Argued at the last term.

Injunction and receiver.   Before Judge Beck.   Henry county.   July 2, 1895.

*John A. Wimpy,* for plaintiffs in error.

*J. S. Boynton* and *W. W. Anderson,* contra.